Honorable Judge Philip H. Brandt
Chapter 7
Hearing Location: Tacoma

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN WASHINGTON DISTRICT OF WASHINGTON

| IN RE | No.: 09-43283-PHB |
|---|---|
| STEPHEN JON CAREAGA, AKA STEVE CAREAGA, AKA STEVEN CAREAGA AND LISA ANN CAREAGA<br><br>DEBTORS. | AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY BY BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC. |

STATE OF __TEXAS__ )
) ss.
COUNTY OF __DALLAS__ )

I, Christopher Rogers the undersigned, being first duly sworn on oath deposes and says:

1. I am of legal age, not a party to the above captioned action, and competent to be a witness.

2. I am employed by BAC Home Loans Servicing, LP as a MLO-Loan Svcs Specialist. I am familiar with the process by which BAC Home Loans Servicing, LP maintains its loan records and evaluates status based upon those records. I personally know that the records kept are in the course of regularly conducted business and are a matter of the business routine. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded.

3. BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc. was the original lender on the debtor's loan and is now and always has

Affidavit in Support of Motion for Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ✦ FACSIMILE (425) 458-2131

been the holder of the Promissory Note executed by the debtor on January 4, 2005. BAC Home Loans Servicing, LP currently has possession of the original Promissory Note. A true and correct copy of the Promissory Note is attached hereto as Exhibit A and is incorporated herein by this reference.

4. BAC Home Loans Servicing, LP's security interest is based upon a Deed of Trust executed by Debtor on or about January 4, 2005 in favor of Mortgage Electronic Registration Systems, Inc. ("MERS") as beneficiary, solely as nominee for Countrywide Home Loans, Inc. The Deed of Trust created the lien on the property located at 7235 North Creek Loop, Gig Habor, WA 98335. The Deed of Trust was recorded on January 10, 2005 under Pierce County recording number 200501100960. A true and correct copy of the recorded Deed of Trust is attached hereto as Exhibit B and is incorporated herein by reference.

5. BAC Home Loans Servicing, LP's records on the loan that is the subject of present motion reflect that the loan is contractually due for payments owed on and after December 1, 2008. The monthly payment amount is currently $2,628.57.

//

//

//

Affidavit in Support of Motion for Relief from Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

6. The Principal Balance due on the loan is $414,152.04.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF TEXAS THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT

Dated this 23rd day of June, 2009.

BAC Home Loans Servicing, LP
By: Christopher Rogers
Its: MLO-Loan Svcs Specialist

Executed this 23 day of June
At Dallas, Texas
Subscribed and Sworn before me this 23 day of June, 2009

Notary Public:
State of Texas
My Commission Expires: 3-21-2012



Jessica Chavez
My Commission Expires
03/21/2012

Affidavit in Support of Motion for Relief from Stay
Page - 3

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131