| | |
|---|---|
| Stephen A. Bernheim | Honorable Philip H. Brandt |
| Attorney at Law | Chapter 7 |
| 512 Bell Street | Hearing Date: July 29, 2009 |
| Edmonds, WA 98020-3147 | Hearing Time: 9:30 am |
| (425)712-8318 | Hearing Location: Tacoma |
| | Response Date: July 22, 2009 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re: ) NO. 09-43283-PHB
)
STEPHEN JOHN CAREAGA )
LISA ANN CAREAGA ) ORDER GRANTING RELIEF
) FROM AUTOMATIC STAY
Debtors. )
)

JPMorgan Chase Bank, N.A.'s motion to lift automatic stay to permit foreclosure of a 2007 Chevrolet Tahoe, VIN 1GNFK13077J352526, having come on for hearing before the Honorable Philip H. Brandt of the above entitled Court; and the Court finding that JPMorgan Chase Bank, N.A.'s security interest is not adequately protected, that Debtor has no equity in the property, that the property is not necessary for debtor's reorganization, and that Debtor has no objection to the proposed relief from stay, NOW, THEREFORE, BE IT

//

//

ORDER GRANTING RELIEF
FROM AUTOMATIC STAY

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

-1-

1  ORDERED that the automatic stay herein be, and it is hereby lifted with respect to
2  the aforementioned property of Debtor and of the estate, and JPMorgan Chase Bank, N.A. is
3  allowed to foreclose in accordance with applicable state and or Federal law.
4  DATED this ____ day of July, 2009.

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)
United States Bankruptcy Court

Presented by:

_____s/Stephen A. Bernheim_____
Stephen A. Bernheim, WSBA #15225
Attorney for JPMorgan Chase Bank, N.A.

ORDER GRANTING RELIEF
FROM  AUTOMATIC STAY

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com